IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KEITH CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-01360 |
| | ) | AJT/MSN |
| FIRST FINANCIAL FEDERAL CREDIT UNION ("First Financial FCU"), | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY RESPONSIVE PLEADING TO COMPLAINT BASED ON SETTLEMENT**

Defendant First Financial of Maryland Federal Credit Union, incorrectly named in the Complaint as First Financial Federal Credit Union, by counsel, respectfully moves the Court to stay the deadline to file the responsive pleading based on the settlement of this lawsuit. Defendant's current deadline to respond to the Complaint is today, February 2, 2018. Defendant and Plaintiff are working out the particulars of settlement and should have a Stipulation to Dismiss filed within the next 14 days. Defendant has conferred with Plaintiff's counsel and Plaintiff does not object to this Motion. A proposed order is included with this motion. Defendant waives oral argument.

Respectfully submitted,

/s/ *Michael Barnsback*
Michael Barnsback
VSB No. 33113
O'Hagan Meyer, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
PH 703.775.8601
mbarnsback@ohaganmeyer.com
*Counsel for Defendant,*
*First Financial of Maryland Federal Credit Union*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February, 2018, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

/s/ *Michael E. Barnsback*

Michael E. Barnsback
VSB No. 33113
O'HAGAN MEYER, PLLC
2560 Huntington Ave., Suite 204
Alexandria, Virginia 22303
(703) 775-8601 (phone)
(703) 775-8610 (facsimile)
mbarnsback@ohaganmeyer.com
*Counsel for Defendant,*
*First Financial of Maryland Federal Credit Union*