IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:17-cv-1360 ) ) |
| FIRST FINANCIAL FEDERAL CREDIT UNION ("First Financial FCU") | ) ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL hereby voluntarily dismisses his Complaint in the above-entitled action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: February 6, 2018

Respectfully submitted,

/s/ Thomas E. Strelka
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

So ordered
2/8/18

_____
Anthony J. Trenga
United States District Judge

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*